# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Theresa Brooke,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Phoenix FFIS LLC,<br><br>　　　　Defendant. | No. CV-19-05429-PHX-JJT<br><br>**ORDER** |

Upon review of the parties' Stipulation For Dismissal With Prejudice (Doc. 15), and good cause appearing,

IT IS ORDERED granting the Stipulation (Doc. 15). The above-entitled matter is hereby dismissed with prejudice, the parties to bear their own costs and attorneys' fees.

IT IS FURTHER ORDERED directing the Clerk to close this matter.

Dated this 29th day of January, 2020.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Honorable John J. Tuchi
　　　　　　　　　　　　　　　　United States District Judge